Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV  89511
Telephone:  775.324.4100
Facsimile:  775.333.8171
Email:  azorio@bhfs.com

*Attorney for Defendants DABELLA EXTERIORS, LLC, an Oregon limited liability company; and DAMSELFLY IMPROVEMENT, LLC, an Oregon limited liability company*

August B. Hotchkin
Nevada Bar No. 12780
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada  89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  ahotchkin@kcnvlaw.com

*Attorney for Plaintiffs* MATTHEW LEPIRE, *an individual, and* RENOTAHOE GLASS, LLC, *a Nevada limited liability company, dba* RENOTAHOE GLASS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW LEPIRE, an individual, and RENOTAHOE GLASS, LLC, a Nevada limited liability company, dba RENOTAHOE GLASS,<br><br>Plaintiffs,<br><br>v.<br><br>DABELLA EXTERIORS, LLC, an Oregon limited liability company; and DAMSELFLY IMPROVEMENT, LLC, an Oregon limited liability company, DOES 1-20, and ROE Corporations I-X,<br><br>Defendants. | CASE NO.:  3:23-cv-00019-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiffs Matthew Lepire and Renotahoe Glass, LLC ("Plaintiffs") and Defendants Dabella Exteriors, LLC and Damselfly Improvement, LLC ("Defendants") and stipulate and agree that Defendants shall have to and including January 31, 2023 to respond to Plaintiffs' Complaint.  This is the first request.

DATED this 19th day of January, 2023

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAEMPFER CROWELL |
|---|---|
| By: */s/ Arthur A. Zorio*<br>Arthur A. Zorio<br>Nevada Bar No. 6547<br>5520 Kietzke Lane, Suite 110<br>Reno, NV 89511 | By: */s/ August B. Hotchkin*<br>August B. Hotchkin<br>Nevada Bar No. 12780<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| *Attorney for Defendants DABELLA EXTERIORS, LLC, an Oregon limited liablity company; and DAMSELFLY IMPROVEMENT, LLC d/b/a/ DaBella, an Oregon limited liability company* | *Attorney for Plaintiffs MATTHEW LEPIRE, an individual, and RENOTAHOE GLASS, LLC, a Nevada limited liability company, dba RENOTAHOE GLASS* |

**IT IS SO ORDERED**

Dated this 20th day of January, 2023

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 19th day of January, 2023, I served the document entitled **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the parties listed below via the following:

August B. Hotchkin, Esq.
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Email: ahotchkin@kcnvlaw.com

☒ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing attorney of record.

  */s/ Jeff Tillison*
  Employee of Brownstein Hyatt Farber Schreck, LLP

3