# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW LEPIRE, an individual, and RENOTAHOE GLASS, LLC, a Nevada limited liability company dba RENOTAHOE GLASS,<br><br>Plaintiffs,<br><br>v.<br><br>DABELLA EXTERIORS, LLC, an Oregon limited liability company; and DAMSELFLY IMPROVEMENT, LLC d/b/a Dabella, an Oregon limited liability company, DOES 1-20, and ROE Corporations I-X<br><br>Defendants. | CASE NO.: 3:23-cv-00019-ART-CLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART**<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| DAMSELFLY IMPROVEMENT, LLC d/b/a/ Dabella, an Oregon limited liability company,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MATTHEW LEPIRE, an individual,<br><br>Counter-Defendant | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs/Counter-Defendants, MATTHEW LEPIRE AND RENOETAHOE GLASS, LLC DBA RENOTAHOE GLASS and Defendants/Counter-Plaintiffs, DABELLA EXTERIORS, LLC AND DAMSELFLY IMPROVEMENT, LLC, stipulate to the dismissal of all the claims brought, or which could have been brought in the above-styled case, and all claims, defenses, counterclaims brought by either party in this case are hereby dismissed *with prejudice*, each party to bear its own attorney's fees and costs.

~~The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.~~

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the parties stipulation to dismiss is granted insofar all of the claims brought, or which could have been brought in this matter, and all claims, defenses, counterclaims brought by either party in this case are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

The Court declines to retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: <u>January 24, 2024</u>.

Anne R. Traum
United States District Judge